IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOHNNEY AL OSBORNE, JR., | CV. 05-641-HA |
| Plaintiff, | ORDER |
| v. | |
| JEAN HILL, et al., | |
| Defendants. | |

HAGGERTY, District Judge.

On September 15, 2005, plaintiff filed a Motion for Summary Judgment (#22) which was unaccompanied by a certificate of service. A party submitting a written motion to the court is required to serve the motion "upon each of the parties" to the lawsuit. Fed. R. Civ. P. 5(a). Because plaintiff has not submitted proof of service, his Motion for Summary Judgment is DENIED, without prejudice to his right to refile the Motion so long as he serves a copy of the Motion on counsel for defendants.

///

1 - ORDER

**CONCLUSION**

Plaintiff's Motion for Summary Judgment (#22) is DENIED for lack of service. The denial is without prejudice to plaintiff's right to refile the Motion so long as he serves a copy of the Motion on counsel for defendants.

IT IS SO ORDERED.

DATED this __16__ day of November, 2005.

                          /s/Ancer L. Haggerty
                          Ancer L. Haggerty
                          United States District Judge